FILED - GR
November 17, 2020 4:26 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 11-18

# memorandum

UNITED STATES DISTRICT COURT

DATE: 11/17/2020

REPLY TO ATTN OF: Jake

SUBJECT: Possibly Related Case
CASE NUMBER: 1:20-cv-1104
CASE CAPTION: Michigan Restaurant & Lodging Association et al v. Michigan Department of Health and Human Services

TO: Magistrate Judge Green

According to the nature of the complaint and common parties listed, this case may be related to the cases listed below:

Judge Paul L. Maloney      Case Number Cases assigned per AO-20-CA-33

                           Case Number _____

                           Case Number _____

_____ Case is related      __X__ Case is not related

Pursuant to Local Civil Rule 3.3.1(d)(iii)(A), civil cases are deemed related when a filed case:

_____ (1) relates to property involved in an earlier numbered pending suit

_____ (2) arises out of the same transaction or occurrence and involves one or more of the same parties as a pending suit

_____ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

_____ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: _____

The prior cases cited in the AO are no longer pending. The new case should be randomly assigned to a DJ. Should this case be assigned to a judge other than Judge Maloney, please let me know. I will draft a cognate case recommendation.

Dated: Nov 17, 2020

Signature: Phillip J. Green

_____ Direct assignment performed
__X__ Random assignment performed

Initials: JMW
Date: 11-18-2020

07/15