UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHIGAN RESTAURANT & LODGING ASSOCIATION, *et al.*, <br> Plaintiffs, <br><br> -v- <br><br> ROBERT GORDON, <br> Defendant. | No. 1:20-cv-1104 <br><br> Honorable Paul L. Maloney |

## ORDER ESTABLISHING BRIEFING SCHEDULE

Plaintiffs allege that Robert Gordon's November 15, 2020, Emergency Order violates their constitutional rights. Plaintiffs requested a temporary restraining order (ECF No. 10), which this Court denied. Plaintiffs also request a preliminary injunction.

Defendant Gordon must file a response brief to the request for a preliminary injunction by 9:00 a.m. on Tuesday, November 24, 2020.

Plaintiffs may file a reply by 12:00 p.m. (noon) on Wednesday, November 25, 2020.

**IT IS SO ORDERED.**

Date: November 20, 2020 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge