UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  Michigan Restaurant & Lodging Association, et al v. Gordon

**Case Number:**   1:20-cv-1104
**Date:**  December 17, 2020
**Time:**  1:37 p.m. – 2:03 p.m.
**Place:**  Kalamazoo
**Judge:**  Paul L. Maloney

**APPEARANCES (via Zoom)**

    Plaintiffs:  Kelli M. Mulder and Peter B. Ruddell

    Defendant:  Neil Anthony Giovanatti and Darrin F. Fowler

**PROCEEDINGS**

Nature of Hearing:   Certification Hearing held; Certification issue taken under advisement; Plaintiffs to file partial response to Defendant's motion to dismiss by 12/21/2020

Court Reporter: Kathleen Thomas        Case Manager: Amy Redmond