UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN RESTAURANT & LODGING )
ASSOCIATION, *et al.*, )
        Plaintiffs, )
) No. 1:20-cv-1104
-v- )
) Honorable Paul L. Maloney
ROBERT GORDON, )
        Defendant. )
)

## ORDER TO RESPOND

The Court has proposed certifying two questions of law to the Michigan Supreme Court in the above-captioned case (*see* ECF No. 31). The Court heard oral argument on the issue on December 17, 2020. As the Court indicated at the close of that hearing, Plaintiffs are hereby directed to file a partial response to Defendant's motion to dismiss (ECF No. 32) regarding whether Defendant is entitled to Eleventh Amendment immunity on Count V of Plaintiffs' amended complaint. Plaintiffs shall file that response no later than **10 a.m., Monday, December 21, 2020.**

**IT IS SO ORDERED.**

Date: December 17, 2020                                              /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                             United States District Judge