UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN RESTAURANT & LODGING ASSOCIATION; HEIRLOOM HOSPITALITY GROUP, LLC; H.I.H. INC. d/b/a SUBURBAN INNS,

    Plaintiffs,

vs.

ROBERT GORDON, in his official capacity as Director of the Michigan Department of Health and Human Services,

    Defendant.

Case No. 1:20-cv-01104-PLM-PJG

Hon. Paul L. Maloney

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

*Attorneys for Plaintiffs*
Kenneth T. Brooks (P33834)
Peter B. Ruddell (P63253)
Kelli M. Mulder (P84441)
Honigman LLP
222 N. Washington Sq., Suite 400
Lansing, MI 48933
(517) 377-0735; kbrooks@honigman.com
(517) 377-0711; pruddell@honigman.com
(312) 701-9326; kmulder@honigman.com

*Attorneys for Defendant*
Neil Giovanatti (P82305)
Darrin F. Fowler (P53464)
Michigan Dept of Attorney General
P.O. Box 30736
Lansing, MI 48909
517-335-7632
GiovanattiN@michigan.gov
FowlerD1@michigan.gov

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Michigan Restaurant and Lodging Association, Heirloom Hospitality Group, LLC, and H.I.H. Inc. d/b/a Suburban Inns, and Defendant Robert Gordon, in his official capacity as Director of the Michigan Department of Health and Human Services, hereby stipulate and agree that this action, including all claims and affirmative defenses, shall be dismissed without prejudice. The parties further stipulate to bear their own attorneys' fees, costs, and other expenses in connection with this action.

Dated: December 18, 2020            Respectfully submitted,

                                    /s/ *Kenneth T. Brooks*
                                    Kenneth T. Brooks (P33834)
                                    Peter B. Ruddell (P63253)
                                    Kelli M. Mulder (P84441)
                                    Honigman LLP
                                    *Attorneys for Plaintiffs*

                                    /s/ *Neil Giovanatti (w/permission)*
                                    Neil Giovanatti (P82305)
                                    Darrin F. Fowler (P53464)
                                    Michigan Dept of Attorney General
                                    *Attorneys for Defendant*

## PROOF OF SERVICE

I hereby certify that on December 18, 2020, I filed the above Joint Stipulation of Dismissal Without Prejudice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter who registered with the CM/ECF system.

                                               */s/ Kenneth T. Brooks*